**FILED**

AO 106 (REV 4/10) Affidavit for Search Warrant

AUSA Matthew J. McCrobie, (312) 353-5356

APR 05 2019

MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

the USPS Priority Mail Express package bearing
tracking number EE 299 194 781 US, further
described in Attachment A

Case Number:

# 19M230

## APPLICATION AND AFFIDAVIT FOR A SEARCH WARRANT

I, Michael Cunha, a Postal Inspector of the U.S. Postal Inspection Service, request a search warrant and state under penalty of perjury that I have reason to believe that in the following package:

**See Attachment A**

located in the Northern District of Illinois, there is now concealed:

**See Attachment B**

The basis for the search under Fed. R. Crim. P. 41(c) is evidence, instrumentalities, and contraband.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 843(b) | narcotics |

The application is based on these facts:

**See Attached Affidavit,**

Continued on the attached sheet.

_____
*Applicant's Signature*

MICHAEL CUNHA, Postal Inspector, USPIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 5, 2019

_____
*Judge's signature*

City and State: Chicago, Illinois

SUSAN E. COX, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT )

NORTHERN DISTRICT OF ILLINOIS )

### AFFIDAVIT

I, Michael Cunha, being duly sworn, state as follows:

1.      I am a Postal Inspector with the U.S. Postal Inspection Service. I have been so employed since approximately September 2016.

2.      As part of my duties as a USPIS Postal Inspector, I investigate criminal violations relating to violations of the federal laws relating to the mails and to controlled substances.

3.      This affidavit is made in support of an application for a warrant to search the USPS Priority Mail Express Parcel with Tracking Number EE 299 194 781 US, described further in Attachment A (the "**Subject Parcel**"), for evidence, instrumentalities, and contraband described further in Attachment B, concerning narcotics offenses, in violation of Title 21, United States Code, Section 843(b).

4.      The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that evidence, instrumentalities, and contraband of violations of Title 21, United States Code, Section 843(b), are located within the **Subject Parcel**.

## I. FACTS SUPPORTING PROBABLE CAUSE TO SEARCH THE SUBJECT PARCEL

5. On April 5, 2019, USPIS inspectors inspected the **Subject Parcel** at the USPS Irving Park Processing and Distribution Center in Chicago, Illinois. The **Subject Parcel** was mailed on April 4, 2019, from South San Francisco, California, 94080 and is addressed to " Tricia Brosman, 2507 W 46th St, apt 1, Chicago, IL 60632," with a return address of "Jason Brosman, 721 Clay ST, San Francisco, ca 94108." The **Subject Parcel** bears $129.70 in postage, measures approximately 20 inches by 20 inches by 20 inches, and weighs approximately 16 lbs 11 ounces.

6. USPIS inspectors observed several characteristics about the **Subject Parcel** that, in my training and experience, can be consistent with parcels containing a controlled substance. USPIS inspectors ran the sender and recipient names and addresses on the **Subject Parcel** through a law enforcement database. The listed sender name on the parcel does not associate to the sender address in the law enforcement database. Additionally, a phone number listed on the shipping label for the sender, 773-584-2507, does not associate to the listed sender or recipient names, and is listed as a number in Chicago, Illinois. The listed recipient name on the parcel does not associate to the recipient address in the law enforcement database. According to the law enforcement database, other individuals with the last name Brosman previously have been associated with the listed recipient address: a Destiny Brosman was last associated in June 2018, a Theresa Brosman was last associated in February 2019, and a David Brosman was last associated in July 2017. According to the law enforcement database, a phone number listed on the label for the recipient,

708-477-7692, associates to Theresa Brosman. Based on my training and experience, fictitious sender or receiver names, and fictitious return addresses, can indicate that the sender or receiver does not want to be associated with the parcel.

7.    Each of the characteristics I describe above can be consistent with parcels that do not contain contraband. Based on my training and experience, however, the combination of these characteristics led me to investigate further by calling in a narcotics dog to perform further examination of the **Subject Parcel**.

8.    On or about April 5, 2019, I arranged for a United States Customs and Border Protection Canine Officer and his canine partner, "Bruno," to meet with me and examine the **Subject Parcel**. According to the Canine Officer, Bruno is certified annually by United States Customs and Border Protection as a narcotics dog. Bruno was most recently re-certified on or about September 6, 2018. Bruno is trained to sniff buildings, vehicles, envelopes, and wrapped parcels to detect the odors of heroin, cocaine, marijuana, hash, methamphetamine, ecstasy, and other controlled substances that could be contained inside. Bruno is also trained to indicate the presence of such substances or their scents by alerting to the item he is sniffing. In addition, according to USPIS records, Bruno has successfully alerted to controlled substances in U.S. Mail Parcels and letters on 13 occasions since in or around February 2018, with a success rate of approximately 87%. To the best of my knowledge, U.S. Customs and Border Protection does not maintain records regarding the overall success rate for its drug detection dogs, and therefore only the USPIS success rate is available.

3

9.      On or about April 5, 2019, at the Postal Service International Service Center at O'Hare Airport in Chicago, Illinois, I arranged a controlled substance detection test by placing the **Subject Parcel** among approximately 10 other parcels in the workroom area. I then witnessed Bruno examine the parcels and observed Bruno sniff the **Subject Parcel**. Bruno did not alert to any of the other parcels. The Canine Officer informed me that Bruno's actions indicated the presence of narcotics and/or controlled substances in the **Subject Parcel**. I then took custody of the **Subject Parcel**.

## II.     CONCLUSION

10.      Based on the above information, I respectfully submit that there is probable cause to believe that narcotics offenses, in violation of Title 21, United States Code, Section 843(b), have been committed, and that evidence, instrumentalities, and contraband relating to this criminal conduct, as further described in Attachment B, will be found in the **Subject Parcel**, as further described in Attachment A. I therefore respectfully request that this Court issue a search warrant for the **Subject Parcel**

more particularly described in Attachment A, authorizing the seizure of the items described in Attachment B.

FURTHER AFFIANT SAYETH NOT.

Michael Cunha
Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn
before me this 5th day of April, 2019

Honorable SUSAN E. COX
United States Magistrate Judge

## ATTACHMENT A

## DESCRIPTION OF ITEM TO BE SEARCHED

The USPS Priority Mail Express package bearing tracking number EE 299 194 781 US, a recipient address of "Tricia Brosman, 2507 W 46th St, apt 1, Chicago, IL 60632," and a return address of "Jason Brosman, 721 Clay ST, San Francisco, ca 94108," bearing $129.70 in postage, measuring approximately 20 inches by 20 inches by 20 inches, and weighing approximately 16 lbs 11 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1.  Controlled substances;

2.  Packaging for controlled substances;

3.  United States currency;

4.  Items associated with controlled substances;

5.  Items that identify the sender or receiver of the parcel.

AO 93 (Rev. 11/13) Search and Seizure Warrant                                        AUSA Matthew J. McCrobie, (312) 353-5356

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

                                         Case Number:

the USPS Priority Mail Express package bearing
tracking number EE 299 194 781 US, further
described in Attachment A

## 19M230

## SEARCH AND SEIZURE WARRANT

To: Michael Cunha and any authorized law enforcement officer

       An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

### See Attachment A

       I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### See Attachment B

       **YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>April 19, 2019</u> in the daytime (6:00 a.m. to 10:00 p.m.).

       Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

       The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>April 5, 2019 @ 3:16 pm</u>            _____
                                                      *Judge's signature*

City and State: <u>Chicago, Illinois</u>                SUSAN E. COX, U.S. Magistrate Judge
                                             *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**ATTACHMENT A**

**DESCRIPTION OF ITEM TO BE SEARCHED**

The USPS Priority Mail Express package bearing tracking number EE 299 194 781 US, a recipient address of "Tricia Brosman, 2507 W 46th St, apt 1, Chicago, IL 60632," and a return address of "Jason Brosman, 721 Clay ST, San Francisco, ca 94108," bearing $129.70 in postage, measuring approximately 20 inches by 20 inches by 20 inches, and weighing approximately 16 lbs 11 ounces.

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED

Evidence, instrumentalities and contraband concerning violation of Title 21, United States Code, Section 843(b), as follows:

1.  Controlled substances;

2.  Packaging for controlled substances;

3.  United States currency;

4.  Items associated with controlled substances;

5.  Items that identify the sender or receiver of the parcel.